*Error to Denver District Court.*—Hon. GEORGE W. AL-
LEN, Judge.

Mr. ISHAM R. HOWZE, for plaintiff in error.

Messrs. MORRIS AND GRANT and Mr. SAMUEL W. JOHN-
SON, for defendant in error.

Mr. JUSTICE HILL delivered the opinion of the court:

This is an action in *quo warranto* in the name of the peo-
ple on relation of the district attorney requiring the respond-
ent (plaintiff in error here) to show cause by what authority
he continues to hold and exercise the duties of the office of
justice of the peace within and for the city and county of Den-
ver. The judgment was in favor of the relator; the respond-
ent brings the case here for review upon error.

The pleadings as well as the facts are, in substance, the
same as those in case No. 7879, *Ellis B. Thrush v. The Peo-
ple ex rel.* For the reasons there stated the judgment is af-
firmed.                                            *Affirmed.*

Decision *en banc.*

CHIEF JUSTICE CAMPBELL concurs in the conclusion.

Mr. JUSTICE GABBERT and Mr. JUSTICE MUSSER not par-
ticipating.

---

[No. 7887.]

GAVIN V. THE PEOPLE.

Judgment affirmed on the authority of *Thrush v. The People ex
rel.* No. 7879 *ante* 544.

*Error to Denver District Court.*—Hon. GEORGE W. AL-
LEN, Judge.

Messrs. MULLINS & HELLER and Mr. JOHN T. BOTTOM,
for plaintiff in error.

Messrs. MORRIS & GRANT and Mr. SAMUEL W. JOHNSON, for defendant in error.

Mr. JUSTICE HILL delivered the opinion of the court:

This is an action in *quo warranto* in the name of the people on relation of the district attorney requiring the respondent (plaintiff in error here) to show cause by what authority he continues to hold and exercise the duties of the office of justice of the peace within and for the city and county of Denver. The judgment was in favor of the relator; the respondent brings the case here for review upon error.

The pleadings as well as the facts are, in substance, the same as those in case No. 7879, *Ellis B. Thrush v. The People ex rel.* For the reasons there stated, the judgment is affirmed. *Affirmed.*

Decision *en banc.*

CHIEF JUSTICE CAMPBELL concurs in the conclusion.

Mr. JUSTICE GABBERT and Mr. JUSTICE MUSSER not participating.

---

[No. 7941.]

CAMPBELL V. O'DAY.

This cause involved the right of plaintiff to be placed upon the ticket at an election to be held on the 5th day of November, A. D. 1912. The transcript was filed in this court on the 31st day of the preceding October. The rights of parties not before the court would clearly be affected by the judgment. The cause involved important and difficult questions, such as ought not to be determined except upon full consideration. But there was no time for such consideration. Therefore, there being no allegation of fraud, moral turpitude, or willful wrong-doing, the court declined to entertain it, following *Ford v. Beckwith,* 28 Colo. 95.

*Error to Boulder District Court.*—Hon. NEIL F. GRAHAM, Judge.